**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDA A. GOWESKY,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF MAINE, MAINE BOARD OF<br>LICENSURE IN MEDICINE and<br>DENNIS E. SMITH,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Docket No. _____<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ASSISTANT ATTORNEY GENERAL KELLY L. MORRELL
IN SUPPORT OF NOTICE OF REMOVAL**

Exhibits 1 through 7 of this Declaration are true copies of all documents filed in the Kennebec County Superior Court in the case of *Brenda A. Gowesky v. State of Maine, Board of Licensure in Medicine, et al.*, CV-23-35. They consist of the following:

**EXHIBIT 1**   Docket Record
**EXHIBIT 2**   Letter dated March 2, 2023, from David G. Webbert to Kennebec County Superior Court
**EXHIBIT 3**   Summary Sheet
**EXHIBIT 4**   Civil Rights Complaint for Unlawful Retaliation Based on Activities Protected by State and Federal Employment Rights Laws
**EXHIBIT 5**   Letter dated May 30, 2023, from Kelly L. Morrell to Kennebec County Superior Court
**EXHIBIT 6**   Acknowledgment of Receipt of Summons and Complaint or Post Judgment Motion, signed by Kelly L. Morrell on behalf of State of Maine, Board of Licensure in Medicine, on May 30, 2023
**EXHIBIT 7**   Acknowledgment of Receipt of Summons and Complaint or Post Judgment Motion, signed by Kelly L. Morrell on behalf of Dennis Smith, on May 30, 2023

2

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

    In accordance with 28 U.S.C. § 1746, Assistant Attorney General Kelly L. Morrell declares under penalty of perjury that the representations made in the Declaration are true.

DATED:  June 2, 2023

                                      AARON M. FREY
                                    Attorney General

                    By:    /s/ Kelly L. Morrell
                          KELLY L. MORRELL
                          Assistant Attorney General
                          kelly.l.morrell@maine.gov