```
BRENDA A GOWESKY   - PLAINTIFF                         SUPERIOR COURT          EXHIBIT 1
1201 N ROYAL STREET #405                               KENNEBEC, ss.
ALEXANDRIA VA 22314                                    Docket No  AUGSC-CV-2023-00035
Attorney for: BRENDA A GOWESKY
DAVID G WEBBERT   - RETAINED
JOHNSON & WEBBERT LLP                                       DOCKET RECORD
1 BOWDOIN MILL ISLAND STE 300
TOPSHAM ME 04086



vs
STATE OF MAINE BOARD OF LICENSURE IN MEDICINE - DEFENDANT
137 STATE HOUSE STATION
AUGUSTA ME 04333
DENNIS E SMITH   - DEFENDANT
137 STATE HOUSE STATION
AUGUSTA ME 04333


Filing Document: COMPLAINT            Minor Case Type: CONSTITUTIONAL/CIVIL RIGHTS
Filing Date: 03/03/2023
```

**Docket Events:**

03/08/2023 FILING DOCUMENT - COMPLAINT FILED ON 03/03/2023

03/08/2023 Party(s):   BRENDA A GOWESKY
           ATTORNEY - RETAINED ENTERED ON 03/03/2023
           Plaintiff's Attorney: DAVID G WEBBERT

05/30/2023 Party(s):   STATE OF MAINE BOARD OF LICENSURE IN MEDICINE
           SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 05/30/2023
           ACCEPTANCE OF SERVICE BY KELLY MORRELL FOR STATE

05/30/2023 Party(s):   DENNIS E SMITH
           SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP SERVED ON 05/30/2023
           ACCEPTANCE OF SERVICE BY KELLY MORRELL FOR DENNIS SMITH

05/30/2023 Party(s):   STATE OF MAINE BOARD OF LICENSURE IN MEDICINE
           SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 05/30/2023

05/30/2023 Party(s):   DENNIS E SMITH
           SUMMONS/SERVICE - ACK OF RECEIPT OF SUMM/COMP FILED ON 05/30/2023


Receipts

    03/08/2023        Misc Fee Payments       $150.00          paid.
    03/08/2023        Misc Fee Payments        $25.00          paid.

A TRUE COPY       *Tamara M. Rueda*
ATTEST: _____
                    Clerk