**Johnson & Webbert, LLP**  Attorneys & Counselors at Law        **EXHIBIT 2**

1 Bowdoin Mill Island, Ste. 300   Phone: 207-623-5110
Topsham, ME 04086   Fax: 207-622-4160
www.johnsonwebbert.com   dwebbert@work.law

March 2, 2023

*By Overnight Mail*
Michele Lumbert, Clerk
Kennebec County Superior Court
1 Court Street, Suite 101
Augusta, ME 04330

Re:   *Dr. Brenda A. Gowesky v. State of Maine, Maine Board of Licensure and Dennis E. Smith*

Dear Clerk Lumbert:

Enclosed for filing in the above referenced matter are the following:

1. Civil Summary Sheet;
2. Complaint; and
3. Filing fee of $175.

Please let me know if you have any questions or concerns.

Sincerely,

David G. Webbert

Enclosures

ec:   Dr. Brenda A. Gowesky

*Topsham  •  Portland  •  Thomaston*