**EXHIBIT 5**

**AARON M. FREY**
ATTORNEY GENERAL

TEL (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

125 PRESUMPSCOT ST., SUITE 26
PORTLAND, MAINE 04103
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

May 30, 2023

BY HAND-DELIVERY

Tamara Rueda, Clerk
Kennebec County Superior Court
1 Court Street, Suite 101
Augusta, ME 04330

    Re:    Brenda A. Gowesky v. State of Maine, Board of Licensure in Medicine, and Dennis E. Smith
             Docket No. CV-23-35

Dear Tamara:

    Enclosed for filing please find the signed Acknowledgments of Receipt of Summons and Complaint in the above-named matter.

                                  Sincerely,

                                  KELLY L. MORRELL
                                  Assistant Attorney General

KLM/lsf
Enclosures
cc:    Sarah K. Austin, Esq. (via email & U.S. Mail)