UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRENDA A. GOWESKY, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   1:23-cv-00227-JAW |
| STATE OF MAINE, MAINE BOARD OF | ) |
| LICENSURE IN MEDICINE, and | ) |
| DENNIS E. SMITH, | ) |
| | ) |
|         Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Order dated June 12, 2024 (ECF 29), the parties stipulate to the dismissal of this action with prejudice and without costs to any party.

Dated: June 21, 2024                                   Respectfully submitted,

                                                                     AARON FREY
                                                                     Attorney General

                                                                     /s/ Kelly L. Morrell
                                                                     Kelly L. Morrell
                                                                     Assistant Attorney General
                                                                     Office of the Attorney General
                                                                     6 State House Station
                                                                     Augusta, ME 04333-0006
                                                                     (207) 626-8552
                                                                     kelly.l.morrell@maine.gov

                                                                   Attorney for Defendants
                                                                     State of Maine, Maine Board of Licensure in
                                                                     Medicine, and Dennis E. Smith

/s/ David G. Webbert
David G. Webbert
Johnson & Webbert, LLP
1 Bowdoin Island Mill, Ste. 300
Topsham, Maine 04086
(207) 623-5110
dwebbert@work.law

Attorney for Plaintiff Brenda A. Gowesky

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 21, 2024, I electronically filed the above document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Kelly L. Morrell
Kelly L. Morrell
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
(207) 626-8800
kelly.l.morrell@maine.gov